UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 08-cv-0001014-WYD-MEH

LINDA GORDIAN,

       **Plaintiff,**

v.

**GC SERVICES, LTD,**

       **Defendant.**

___

### NOTICE OF SETTLEMENT
___

Plaintiff, by and through counsel, hereby gives Notice that the parties in the above-captioned matter reached a settlement. Plaintiff anticipates filing a Stipulation of Dismissal with prejudice in the near future.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: */s/ Richard J. Meier*
    Richard J. Meier
    Attorney for Plaintiffs
    Macey & Aleman, P.C.
    The Sears Tower
    Suite 5150
    Chicago, IL 60606
    Telephone: 1.866.339.1156
    rjm@legalhelpers.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 22, 2008, a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.


*/s/ Richard J. Meier*