## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 08-cv-0001014-WYD-MEH

**LINDA GORDIAN,**

       **Plaintiff,**
**v.**

**GC SERVICES, LTD,**

       **Defendant.**

_____

### STIPULATION OF DISMISSAL WITH PREJUDICE
_____

Now comes the parties, by and through counsel, and hereby dismiss the present action pursuant to Fed. R. 41(a)1(ii), with prejudice. Each party shall bear its own costs and attorney fees.

RESPECTFULLY SUBMITTED,

| Legal Helpers, P.C. | Adam L. Plotkin, P.C. |
|---|---|
| By: */s/ Richard J. Meier* | By: */s/ Sara A. Green* |
| Richard J. Meier | Sara A. Green, Esq. |
| 233 South Wacker Drive, Suite 5150 | 621 17th Street, Suite 2400 |
| Chicago, IL 60606 | Denver, Colorado 80293 |
| Tel: 1.866.339.1156 | Tel: 1.303.296.3566 |
| Fax: 1.312.822.1064 | Fax: 1.303.296.3544 |
| rjm@legalhelpers.com | sgreen@alp-pc.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that, on January 28, 2009, a copy of the foregoing Stipulation was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Richard J. Meier*