IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-01014-WYD-MEH

LINDA GORDIAN,

      Plaintiff,

v.

CG SERVICES, Limited Partnership,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court by stipulation. The Court having reviewed the stipulation, it is hereby

ORDERED that the Stipulation of Dismissal With Prejudice [doc. #9, filed January 28, 2009] is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, each party to bear her or its own attorney's fees and costs.

      Dated:  January 30, 2009

                        BY THE COURT:


                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Chief United States District Judge